IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HAL MCPHEETERS                                                        PLAINTIFF

v.                          No. 3:15-cv-57-DPM

KEITH BAGGETT, in his Individual and
Official Capacity as a Police Officer of the
Jonesboro, Arkansas Police Department;
JOHN DOES, 1-5, in their Individual Capacities
as a Deputy Sheriff of Craighead County, Arkansas;
6-10, in their Individual and Official Capacities as a
Police Officer of Craighead County, Arkansas         DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 November 2016